UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT L. LANCASTER, as
Curator of the Estate of
Robert Warren Billewicz,

      Plaintiff,

v.                                Case No: 2:14-cv-97-FtM-29DNF

QUILLEN PROPERTIES, INC., a
Florida Corp., JAMES P.
QUILLEN, JR., KAREN K.
QUILLEN, and THE UNKNOWN
SPOUCE, HEIRS, DEVISEES,
GRANTED AND CREDITORS OF
ROBERT WARREN BILLIEWICZ,
see document for more
details,

      Defendants/Third
      Party Plaintiffs

LILLIAN E. BILLEWICZ,
MARCUS MACRAE, JULIA
MCCRAE-BILLEWICZ, N.B.,
SCOTT MARTIN ROTH and THE
UNKNOWN SPOUCE, HEIRS,
DEVISEES, GRANTED AND
CREDITORS OF ROBERT WARREN
BILLIEWICZ,

      Third Party Defendants.

_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the

Magistrate Judge's Report and Recommendation (Doc. #30), filed

June 10, 2014, recommending that a default be entered against

Quillen Properties, Inc., and that all documents filed by the

entity be stricken for failure to appear through counsel.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

    **ORDERED:**

1.  The Report and Recommendation (Doc. #30) is hereby **adopted** and the findings incorporated herein.

- 2 -

2.    The Opposition of Quillen Properties, Inc. to Motion to Srike, or Alternatively, Motion for Final Judgment for Possession as to Defendant, Quillen Properties, Inc. (Doc. #11), Demand for a Jury Trial (Doc. #12), and Answer (Doc. #22) are **STRICKEN.**

3.    The Clerk shall enter a default against Quillen Properties, Inc. and plaintiff shall thereafter file a timely request for a default judgment pursuant to M.D. Fla. R. 1.07(b).

**DONE and ORDERED** at Fort Myers, Florida, this ___1st___ day of July, 2014.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties